UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODRIGO ANDRADE, | ) | Case No. 8:18-cv-00959-JAK-JC |
|            Petitioner, | ) ) ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| S. FRAUENHEIM, | ) | |
|            Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: December 6, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE